



# MEMORANDUM OPINION

No. 04-09-00761-CR

**EX PARTE** Rudy **CANO**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-8647A
Honorable Mary Román, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed: December 23, 2009

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish